UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                          Case Number 08-28678 JHW

Debtor: Nicholas V. & Samira L. Hall, Sr.

| Check Number | Creditor | Amount |
|---|---|---|
| 1682163 | Home Loan Services, Inc. | 5,635.81 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  March 3, 2010